UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(OCALA DIVISION)
CASE NUMBER: 5:25-CV-00243-JSM-PRL

SEAN KLING,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

    Defendants.

## NOTICE OF FIRM NAME CHANGE

Undersigned counsel for Defendant Experian Information Solutions, Inc. hereby gives notice that effective June 25, 2025, the firm name of Kasowitz Benson Torres LLP was changed to **Kasowitz LLP**.

Dated: June 27, 2025

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
MRuiz@Kasowitz.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*