UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN KLING

    **Plaintiff,**

v.                                                     Case No.: 5:25-cv-00243-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC. ET AL.

    **Defendants.**
_____/

### NOTICE OF SETTLEMENT

Plaintiff hereby notifies this Court pursuant to Local Rule 3.09 that the Parties have reached a settlement as to all claims.

Filed August 13, 2025, by:

                                                **SERAPH LEGAL, P. A.**

                                                */s/ Thomas M. Bonan*
                                                Thomas M. Bonan Esq.
                                                Florida Bar No.: 118103
                                                2124 W. Kennedy Blvd., Suite A
                                                Tampa, Florida 33606
                                                Tel: 813-567-1230 (Ext: 302)
                                                Fax: 855-500-0705
                                                TBonan@SeraphLegal.com
                                                *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Thomas M. Bonan*
Thomas M. Bonan, Esq.
Florida Bar No.: 118103